UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARRY WAYNE ADAMS, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:11-cv-1123 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| CARMEN PALMER, | ) | |
| Respondent. | ) | |
| _____ | ) | |

## JUDGMENT

Having dismissed the petition for writ of habeas corpus as untimely, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Palmer and against Petitioner Adams.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: December 14, 2011 /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge