UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARRY WAYNE ADAMS,       )<br>          Petitioner,       )<br>                                   )   No. 1:11-cv-1123<br>-v-                                )<br>                                   )   HONORABLE PAUL L. MALONEY<br>CARMEN PALMER,           )<br>          Respondent.     )<br>_____)| |

## **JUDGMENT**

Having dismissed the petition for writ of habeas corpus as untimely, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Palmer and against Petitioner Adams.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 14, 2011                          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge